IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

EVELYN "EVIE" PARTS
      Plaintiff

    v.                             :        Case Number: 2:25-CV-04702-CMR

                                        :

SWARTHMORE COLLEGE
     and                                :
PETER CARROLL, VALERIE GOMEZ, BRAD KOCH
AND CHRISTINA EPPS-CHIAZOR
     and                                :
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
      Defendants

ORDER

AND NOW, this __14th__ day of __October__ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[X]    GRANTED.  The Clerk is DIRECTED to add __Cari K. Dawson__ , Esquire as counsel for

__National Collegiate Athletic Association__ . __Cari K. Dawson__ is DIRECTED to request ECF filing access

using their PACER Account[1].

[ ]    DENIED.

S/CYNTHIA M. RUFE, J.
_____
CYNTHIA M. RUFE , J.

---

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).