IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN "EVIE" PARTS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 2:25-CV-04702-CMR |
| | : | |
| SWARTHMORE COLLEGE, PETER CARROLL, VALERIE GOMEZ, BRAD KOCH AND CHRISTINA EPPS-CHIAZOR and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant National Collegiate Athletic Association, by and through counsel, hereby moves to dismiss Count II (Intentional Infliction of Emotional Distress) and Count III (Civil Conspiracy) of Plaintiff's Complaint (ECF No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its Motion, National Collegiate Athletic Association submits the accompanying Memorandum in Support.

1

Dated: October 27, 2025                                Respectfully submitted,

Counsel for Defendant National Collegiate Athletic Association

/s/ Katharine M. Ladd                                   /s/ Cari K. Dawson
Katharine M. Ladd                                       Cari K. Dawson (admitted *pro hac vice*)
PA Bar No. 323376                                       ALSTON & BIRD LLP
FAEGRE DRINKER BIDDLE & REATH LLP                       One Atlantic Center
1 Logan Square # 2000                                   1201 West Peachtree Street, Suite 4900
Philadelphia, PA 19103                                  Atlanta, GA 30309
Telephone: (215) 988-2841                               Telephone: (404) 881-7766
Facsimile: (215) 988-2757                               Email: cari.dawson@alston.com
Email: katie.ladd@faegredrinker.com

Christopher C. Marquardt (admitted *pro hac vice*)
Tania Kazi (Rice) (admitted *pro hac vice*)             ALSTON & BIRD LLP
ALSTON & BIRD LLP                                       One Atlantic Center
55 2nd Street, Suite 2100                               1201 West Peachtree Street, Suite 4900
San Francisco, CA 94105                                 Atlanta, GA 30309
Telephone: (415) 243-1064                               Telephone: (404) 881-7827
Email: tania.kazi@alston.com                            Email: chris.marquardt@alston.com
Admitted *pro hac vice*