IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN "EVIE" PARTS, | : | CIVIL ACTION |
| | : | |
| PLAINTIFF, | : | |
| V. | : | No. 2:25-CV-04702-CMR |
| | : | |
| SWARTHMORE COLLEGE, PETER CARROLL, VALERIE GOMEZ, BRAD KOCH AND CHRISTINA EPPS-CHIAZOR and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | : | |
| | : | |
| DEFENDANTS. | : | |

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendant National Collegiate Athletic Association's Motion to Dismiss Plaintiff's Complaint, and any Response thereto, it is hereby **ORDERED** that that the motion is **GRANTED**. Count II (Intentional Infliction of Emotional Distress) and Count III (Civil Conspiracy) of Plaintiff's Complaint are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

ORDERED BY THE COURT:

_____
HON. CYNTHIA M. RUFE
Senior United States District Judge