UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN "EVIE" PARTS, | : | CIVIL ACTION |
| PLAINTIFF, | : | |
| v. | : | No. 2:25-CV-04702-CMR |
| SWARTHMORE COLLEGE, PETER CARROLL, VALERIE GOMEZ, BRAD KOCH AND CHRISTINA EPPS-CHIAZOR and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | : | |
| DEFENDANTS. | : | |

## ORDER TO EXTEND TIME

**AND NOW**, this 17th day of November 2025, upon consideration of the attached Stipulation to Extend Time, it is hereby **ORDERED** that:

1. Defendants shall file their Motions to Dismiss the Amended Complaint on or before December 24, 2025;

2. Plaintiff shall file any response to Defendants' Motions to Dismiss on or before January 21, 2026; and

3. Defendants shall file any replies in support of their Motions to Dismiss on or before February 4, 2026.

4. All pending Motions to Dismiss (docket nos. 16 and 17) are hereby **DISMISSED** as moot.

\_\_\_\_s/Cynthia M. Rufe, J._____
HON. CYNTHIA M. RUFE
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN "EVIE" PARTS, | : | CIVIL ACTION |
| PLAINTIFF, | : | |
| v. | : | No. 2:25-CV-04702-CMR |
| SWARTHMORE COLLEGE, PETER CARROLL, VALERIE GOMEZ, BRAD KOCH AND CHRISTINA EPPS-CHIAZOR and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | : | |
| DEFENDANTS. | : | |

## STIPULATION TO EXTEND TIME

Plaintiff Evelyn "Evie" Parts ("Plaintiff") and Defendants Swarthmore College, Peter Carroll, Valerie Gomez, Brad Koch, Christina Epps-Chiazor and National Collegiate Athletic Association ("Defendants"), by and through counsel, hereby stipulate and agree to the following proposed briefing schedule for Defendants' respective Motions to Dismiss the Amended Complaint.

**IT IS HEREBY STIPULATED** that subject to Court approval:

1. Defendants shall file their Motions to Dismiss the Amended Complaint on or before December 24, 2025;

2. Plaintiff shall file any response to Defendants' Motions to Dismiss on or before January 21, 2026; and

3. Defendants shall file any replies in support of their Motions to Dismiss on or before February 4, 2026.

1

Dated: November 17, 2025                    Respectfully submitted,

/s/ *Alan B. Epstein*                         /s/ *Susan M. Cirilli, Esq.*
Alan B. Epstein                               Susan M. Cirilli
One Logan Square, Suite 1800                  100 Church Street, Suite 800
Philadelphia, PA 19103                        New York, NY 1007
Telephone: (215) 241-8832                     Telephone: (646) 992-3564
Email: aepstein@sgrvlaw.com                   Email: susie@cirilli.com

*Counsel for Plaintiff Evelyn Parts*

/s/ *Katharine M. Ladd*                       /s/ *Cari K. Dawson*
Katharine M. Ladd                             Cari K. Dawson (admitted *pro hac vice*)
PA Bar No. 323376                             ALSTON & BIRD LLP
FAEGRE DRINKER BIDDLE & REATH LLP             One Atlantic Center
1 Logan Square # 2000                         1201 West Peachtree Street, Suite 4900
Philadelphia, PA 19103                        Atlanta, GA 30309
Telephone: (215) 988-2841                     Telephone: (404) 881-7766
Facsimile: (215) 988-2757                     Email: cari.dawson@alston.com
Email: katie.ladd@faegredrinker.com

Tania Kazi (Rice) (admitted *pro hac vice*)   Christopher C. Marquardt (admitted *pro hac vice*)
ALSTON & BIRD LLP                             ALSTON & BIRD LLP
55 2nd Street, Suite 2100                     One Atlantic Center
San Francisco, CA 94105                       1201 West Peachtree Street, Suite 4900
Telephone: (415) 243-1064                     Atlanta, GA 30309
Email: tania.kazi@alston.com                  Telephone: (404) 881-7827
                                              Email: chris.marquardt@alston.com

*Counsel for Defendant National Collegiate Athletic Association*

/s/ *Michael E. Baughman*                     Judah H. Rome (*pro hac vice pending*)
Michael E. Baughman                           TROUTMAN PEPPER LOCKE LLP
Attorney I.D. No. 78690                       2800 Financial Plaza
TROUTMAN PEPPER LOCKE LLP                     Providence, RI 02903
3000 Two Logan Square                         Telephone: (401) 276-6433
Eighteenth and Arch Streets                   Email: judah.rome@troutman.com
Philadelphia, PA 19103
Telephone: (215) 981-4964                     *Counsel for Defendants Swarthmore*
Email: michael.baughman@troutman.com          *College, Peter Carroll, Valerie Gomez,*
                                              *Brad Koch, and Christina Epps-Chiazor*

2