IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN "EVIE" PARTS<br>    *Plaintiff*,<br><br>v.<br><br>SWARTHMORE COLLEGE,<br>PETER CARROLL, VALERIE GOMEZ<br>BRAD KOCH, CHRISTINA EPPS-<br>CHIAZOR, and NATIONAL<br>COLLEGIATE ATHLETIC<br>ASSOCIATION<br>    *Defendants*. | :<br>:<br>:<br>:  Case 2:25-cv-04702-CMR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFENDANTS, SWARTHMORE COLLEGE, PETER CARROLL, VALERIE GOMEZ, BRAD KOCH, AND CHRISTINA EPPS-CHIAZOR'S MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6) OR, IN THE ALTERNATIVE, TO STAY

Defendants Swarthmore College, Peter Carroll, Valerie Gomez, Brad Koch, and Christina Epps-Chiazor hereby moves to dismiss Plaintiff's Amended Complaint (Doc. No. 18) pursuant to Rule 12(b)(6) or, alternatively, to stay the case pending the Supreme Court's decision in the case *West Virginia v. B.P.J.*, No. 24-43, 2025 WL 1829164 (U.S. 2025). The reasons supporting this Motion are fully set forth in the accompanying Memorandum of Law, which is incorporated herein as though fully set forth in this Motion.

WHEREFORE, Defendants Swarthmore College, Peter Carroll, Valerie Gomez, Brad Koch, and Christina Epps-Chiazor respectfully requests that the Court grant their Motion to Dismiss.

1

Dated: December 22, 2025                    Respectfully submitted,



Michael E. Baughman
Attorney I.D. No. 78690
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4964
Email: michael.baughman@troutman.com


Judah H. Rome (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
2800 Financial Plaza
Providence, RI  02903
Telephone: (401) 276-6433
Email: judah.rome@troutman.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN "EVIE" PARTS | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | Case 2:25-cv-04702-CMR |
| | : | |
| SWARTHMORE COLLEGE, | : | |
| PETER CARROLL, VALERIE GOMEZ | : | |
| BRAD KOCH, CHRISTINA EPPS- | : | : |
| CHIAZOR, and NATIONAL | : | |
| COLLEGIATE ATHLETIC | : | |
| ASSOCIATION | : | |
|     *Defendants*. | : | |

## PROPOSED ORDER

AND NOW, on this _____ day of _____, 2025, upon consideration of Defendants Swarthmore College, Peter Carroll, Valerie Gomez, Brad Koch, and Christina Epps-Chiazor Motion to Dismiss and accompanying Memorandum of Law incorporated therein, IT IS HEREBY ORDERED that Defendants Swarthmore College, Peter Carroll, Valerie Gomez, Brad Koch, and Christina Epps-Chiazor's Motion to Dismiss is GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Amended Complaint is DISMISSED WITH PREJUDICE.

                                                                                                                     BY THE COURT:

                                                                                                                     _____
                                                                                                                     Rufe, J.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December 2025, I caused a true and correct copy of the foregoing *Defendants' Motion to Dismiss Amended Complaint* to be served via CM/ECF upon all parties entitled to notice.

/s/ Michael E. Baughman
Michael E. Baughman
