**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EVELYN "EVIE" PARTS** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SWARTHMORE COLLEGE,** | : | |
| **PETER CARROLL,** | : | **CIVIL ACTION NO. 2:25-cv-04702 CMR** |
| **VALERIE GOMEZ, BRAD KOCH,** | : | |
| **AND CHRISTINA EPPS- CHIAZOR** | : | **JURY TRIAL DEMANDED** |
| **and** | : | |
| **NATIONAL COLLEGIATE ATHLETIC** | : | |
| **ASSOCIATION** | : | |
| **Defendants** | : | |

**STIPULATION TO STAY FURTHER BRIEFING AND DISPOSITION OF PENDING MOTIONS TO DISMISS IN THIS MATTER UNTIL THE FINAL DISPOSITION BY THE UNITED STATES SUPREME COURT IN LITTLE v. HECOX AND WEST VIRGINIA v. R.P.J BY JACKSON**

**STIPULATION AND ORDER**

It is hereby stipulated by and between Plaintiff and all Defendants, by their undersigned counsel, that in light of the pending two matters before the Supreme Court of the United States regarding transgender rights in sports (*Little v. Hecox, et al*, (No 24-38) and *West Virginia v. R.P.J. by Jackson* (No. 24-43) (each argued before the Supreme Court on January 13, 2026), the parties agree that it would be prudent to stay all briefing on the pending two Motions to Dismiss filed on behalf each Defendant until the Supreme Court renders its decisions in those matters. It is further agreed that once the Supreme Court renders its decisions in those cases, Defendants shall have the right to file amended Motions to Dismiss within 21 days of the Supreme Court's decisions, and in turn, the Plaintiff shall have either 21 days to respond to any amended Motion

filed by either defendant or if no amendment is made, 21 days to respond to the originally filed pending motion.

Respectfully jointly submitted,

/s/ Susan M. Cirilli
Susan M. Cirilli, Esquire
PA. Atty. I.D. No. 313519
*On behalf of Plaintiff, Evelyn Parts*

/s/ Michael E. Baughman
Michael E. Baughman, Esquire
PA. Atty. I.D. No. 78690
*On behalf of Defendants Swarthmore College, Peter Carroll, Valerie Gomez, Brad Koch. And Christina Epps-Chiazor*

/s/ Katherine Ladd
Katharine Ladd, Esquire
PA. Atty. I.D. No. 323376
*On behalf of Defendant,*
*National Collegiate Athletic Association*

APPROVED AND SO ORDERED this
21st day of January, 2026

**/s/ Cynthia Rufe**

CYNTHIA M. RUFE, J.

# CERTIFICATE OF SERVICE

I, Alan B. Epstein, Esquire, certify that on this 20th day of January, 2026, a true and correct copy of foregoing Stipulation and the letter forwarding the Stipulation to the Honorable Cynthia M. Rufe for approval and filing was approved by and served upon the following counsel *via* electronic mail:

**Michael E. Baughman, Esquire**
Troutman Pepper Locke LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
michael.baughman@troutman.com
**Judah H. Rome, Esquire**
2800 Financial Plaza
Providence, RI 02903
judah.rome@troutman.com
*Attorneys for Swarthmore College, Christina Epps-Chiasor,*
*Valerie Gomez, Brad Koch and Peter Carroll*

**Katharine Ladd, Esquire**
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
130 N. 18th Street
Philadelphia, PA 19103
Katie.ladd@faegredrinker.com
**Cari Dawson, Esquire**
**Christopher C. Marquardt**
Alston & Bird LLP
One Atlantic Center, Suite 4900
1201 West Peachtree Street
Atlanta, GA 30309
Cari.dawson@alston.com
Chris.marquardt@alston.com
**Tania Kazi (Rice), Esquire**
55 2nd Street, Suite 2100
San Francisco, CA 94105
Tania.kazi@alston,com
*Attorneys for the National Collegiate Athletic Association*

By: /s/ Alan B. Epstein
Alan B. Epstein, Esquire